**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**EDDIE POINDEXTER** **PLAINTIFF**
**ADC #121353**

**V.** **NO. 2:26-cv-00156-JM**

**B. DAVIS, *et al.*** **DEFENDANTS**

**ORDER**

The Court has received a Recommendation for dismissal filed by Magistrate Judge Edie R. Ervin. Mr. Poindexter has not filed objections to the Recommendation, but he has filed a motion for preliminary injunction and three notices to the Court restating the allegations in his Complaint. After careful review of the record including the exhibits filed by Plaintiff (Dkt. Nos. 5, 6, 8), the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Poindexter's complaint is DISMISSED, without prejudice, based on his failure to fully exhaust his administrative remedies before filing this lawsuit. Judgment shall be entered accordingly, and this case will be CLOSED.

IT IS SO ORDERED this 27th day of October, 2026.

UNITED STATES DISTRICT JUDGE